AO 93B (Rev. 11/13) Anticipatory Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:19MJ660 RAR | Warrant Not Executed | — |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

—

*[FILED stamp: 2019 APR 24 P 12:45, US DISTRICT COURT HARTFORD CT]*

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: April 24, 2019

_____
Executing officer's signature

Geoffrey Goodwin, Special Agent
Printed name and title